# Third District Court of Appeal
## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1505
Lower Tribunal No. 19-210 AP
_____

**Casa Del Mar Condominium Association, Inc., etc.,**
Petitioner,

vs.

**Key Biscayne Fire Rescue Department, etc.,**
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Appellate Division, Daryl E. Trawick, Lisa S. Walsh and Maria de Jesus Santovenia, Judges.

Alonso | Appeals, and Cristina Alonso (Pembroke Pines); Law Office of Vincent B. Flor, P.A., and Vincent B. Flor, for petitioner.

Weiss Serota Helfman Cole & Bierman, P.L., and Laura K. Wendell, Jose L. Arango and Richard B. Rosengarten, for respondent.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Petitioner Casa Del Mar Condominium Association (the "Association") seeks second-tier certiorari review of the September 15, 2020 decision by the circuit court appellate division that affirmed the June 21, 2019 decision by the Miami-Dade County Fire Prevention and Safety Appeals Board (the "Board"). The Board's June 21, 2019 decision affirmed the Key Biscayne Fire Rescue Department's rejection of the Association's application for approval of an engineered life safety system and remedial action plan under the Florida Fire Prevention Code. While the Association's petition presents an interesting question regarding the interplay between section 718.112(2)(I) of the Florida Statutes[1] and NFPA 101, § 31.3.5.12.4,[2] our second-tier certiorari review is limited to whether the circuit court appellate division afforded the Association with procedural due process and followed the essential requirements of the law. Custer Med. Ctr. v. United Auto. Ins. Co., 62 So. 3d 1086, 1092 (Fla. 2010). On this record, we are unable to conclude – as urged by the Association – that the circuit court departed from the essential requirements of the law.

---

[1] Allowing condominium unit owners to opt out of retrofitting a residential condominium property with a fire sprinkler system.

[2] Defining the elements of an engineered life safety system, which may be adopted as an alternative to fire sprinkler protection in existing high-rise buildings.

Petition denied.